# Exhibit A

# SCHEDULE A

The following URLs are known to be operated by or in affiliation with the FinanceScam Network. The links below are separated into categories by domain. Given the sprawling nature of FinanceScam's extortion operation, this list may be non-exhaustive.

Each of the following URLs was last visited June 27, 2025.

The following links are those known to be affiliated with the domain name www.financescam.com, which, on information and belief, is part of the FinanceScam Network

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino is marked as Fraud | https://www.financescam.com/dossier/anthony-pellegrino/ |
| Anthony Pellegrino Unraveled: Deceptions, Penalties, and Hidden AML Risks<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-unraveled-deceptions-penalties-and-hidden-aml-risks/ |
| Anthony Pellegrino's Financial Deception Exposed<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrinos-financial-deception-exposed/ |
| Anthony Pellegrino Revealed: Scandals, Sanctions, and Hidden Financial Risks<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-revealed-scandals-sanctions-and-hidden-financial-risks/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Faces Scrutiny Over Client Complaints and Regulatory Fines April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrinos-goldstone-financial-faces-scrutiny-over-client-complaints-and-regulatory-fines/ |
| Anthony Pellegrino's Fall: Fraud Allegations, AML Risks, and Goldstone's Troubled Legacy April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrinos-fall-fraud-allegations-aml-risks-and-goldstones-troubled-legacy/ |
| Anthony Pellegrino Exposed: Fraud Accusations, and the Crumbling Foundations of a Fintech Giant April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-exposed-fraud-accusations-and-the-crumbling-foundations-of-a-fintech-giant/ |
| Anthony Pellegrino: A Financial Advisor Who Prioritized Profit Over Clients' Interests April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-a-financial-advisor-who-prioritized-profit-over-clients-interests/ |
| Anthony Pellegrino Revealed: SEC Sanctions, Fraud Allegations, and a Fractured Fintech Empire April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-revealed-sec-sanctions-fraud-allegations-and-a-fractured-fintech-empire/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino Uncovered: Scandal, Sanctions, and Shaky Finances Exposed<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-uncovered-scandal-sanctions-and-shaky-finances-exposed/ |
| Anthony Pellegrino: Master of Misdirection in Retirement Planning<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-master-of-misdirection-in-retirement-planning/ |
| Anthony Pellegrino Exposed: Fraud Fines, Hidden Ties, and Fintech's Dark Side<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-exposed-fraud-fines-hidden-ties-and-fintechs-dark-side/ |
| Anthony Pellegrino Revealed: Fraud Allegations, Regulatory Fines, and Fintech Faults<br>April 30, 2025 | https://www.financescam.com/2025/04/30/anthony-pellegrino-revealed-fraud-allegations-regulatory-fines-and-fintech-faults/ |
| Anthony Pellegrino Exposed: Uncovering Business Ties, Scandals, and Reputational Risks<br>April 7, 2025 | https://www.financescam.com/2025/04/07/anthony-pellegrino-exposed-uncovering-business-ties-scandals-and-reputational-risks/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino: Uncovering Business Ties, Legal Issues, and Reputational Risks April 7, 2025 | https://www.financescam.com/2025/04/07/anthony-pellegrino-uncovering-business-ties-legal-issues-and-reputational-risks/ |
| Anthony Pellegrino: A Track Record of Fraud and Unethical Practices April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-a-track-record-of-fraud-and-unethical-practices/ |
| Anthony Pellegrino: A Financial Advisor Legacy of Fraud and Deception April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-a-financial-advisor-legacy-of-fraud-and-deception/ |
| Anthony Pellegrino: A Legacy of Deception and Betrayal April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-a-legacy-of-deception-and-betrayal/ |
| Anthony Pellegrino: Hidden Risks Behind the Financial Facade April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-hidden-risks-behind-the-financial-facade/ |
| Anthony Pellegrino: A Trusted Face Hiding Financial Scandals April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-a-trusted-face-hiding-financial-scandals/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino: The Face of Financial Deceit<br>April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-the-face-of-financial-deceit/ |
| Anthony Pellegrino Exposed: Scams and AML Risks Unveiled<br>April 1, 2025 | https://www.financescam.com/2025/04/01/anthony-pellegrino-exposed-scams-and-aml-risks-unveiled/ |
| Anthony Pellegrino: The Fraudulent Mastermind Behind Goldstone's Collapse<br>March 26, 2025 | https://www.financescam.com/2025/03/26/anthony-pellegrino-the-fraudulent-mastermind-behind-goldstones-collapse/ |
| Anthony Pellegrino: The Disgraced Financial Advisor Behind Goldstone Financial Group's Fraudulent Scheme<br>March 26, 2025 | https://www.financescam.com/2025/03/26/anthony-pellegrino-the-disgraced-financial-advisor-behind-goldstone-financial-groups-fraudulent-scheme/ |
| Unmasking Anthony Pellegrino: Investment Fraud Exposed<br>January 14, 2025 | https://www.financescam.com/2025/01/14/unmasking-anthony-pellegrino-investment-fraud-exposed/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Group: The Truth Behind the Investment Fraud December 23, 2024 | https://www.financescam.com/2024/12/23/anthony-pellegrinos-goldstone-financial-group-the-truth-behind-the-investment-fraud/ |
| Anthony Pellegrino's Goldstone Financial Group: A Dual Narrative of Financial Advisory Success and Regulatory Challenges December 20, 2024 | https://www.financescam.com/2024/12/20/anthony-pellegrinos-goldstone-financial-group-a-dual-narrative-of-financial-advisory-success-and-regulatory-challenges/ |
| Anthony Pellegrino and Goldstone Financial Group: Navigating Professional Achievements Amid Regulatory Scrutiny December 17, 2024 | https://www.financescam.com/2024/12/17/anthony-pellegrino-and-goldstone-financial-group-navigating-professional-achievements-amid-regulatory-scrutiny/ |
| Anthony Pellegrino's Goldstone Financial Group: The Investment Fraud Unveiled December 12, 2024 | https://www.financescam.com/2024/12/12/anthony-pellegrinos-goldstone-financial-group-the-investment-fraud-unveiled/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Group: The Investment Fraud Unveiled December 11, 2024 | https://www.financescam.com/2024/12/11/anthony-pellegrinos-goldstone-financial-group-the-investment-fraud-unveiled-2/ |
| Investment Fraud Unmasked: The Anthony Pellegrino and Goldstone Financial Story December 11, 2024 | https://www.financescam.com/2024/12/11/investment-fraud-unmasked-the-anthony-pellegrino-and-goldstone-financial-story/ |
| Anthony Pellegrino's Goldstone Financial Group: The Truth Behind the Investment Fraud December 11, 2024 | https://www.financescam.com/2024/12/11/anthony-pellegrinos-goldstone-financial-group/ |
| Anthony Pellegrino's Goldstone Financial Group: Inside the Investment Fraud Saga December 7, 2024 | https://www.financescam.com/2024/12/07/anthony-pellegrinos/ |
| Anthony Pellegrino and Goldstone Financial: A Case of Investment Fraud November 30, 2024 | https://www.financescam.com/2024/11/30/anthony-pellegrino-and-goldstone-financial-a-case-of-investment-fraud/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| The Fraudulent Path: Anthony Pellegrino and Goldstone Financial Group November 22, 2024 | https://www.financescam.com/2024/11/22/the-fraudulent-path-anthony-pellegrino-and-goldstone-financial-group/ |
| Anthony Pellegrino's Goldstone Financial Group: Unveiling the Investment Fraud Scandal November 21, 2024 | https://www.financescam.com/2024/11/21/anthony-pellegrinos-goldstone-financial-group-unveiling-the-investment-fraud-scandal/ |
| Anthony Pellegrino's Goldstone Financial Group: The Fraudulent Investment Story November 20, 2024 | https://www.financescam.com/2024/11/20/anthony-pellegrinos-goldstone-financial-group-the-fraudulent-investment-story/ |
| Goldstone Financial Group: Investment Fraud Linked to Anthony Pellegrino November 19, 2024 | https://www.financescam.com/2024/11/19/goldstone-financial-group-investment-fraud-linked-to-anthony-pellegrino/ |
| Goldstone Financial Group Exposed: Anthony Pellegrino's Fraudulent Activities November 13, 2024 | https://www.financescam.com/2024/11/13/goldstone-financial-group-exposed-anthony-pellegrinos-fraudulent-activities/ |

| **FinanceScam** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Group: The Fraudulent Investment Story November 5, 2024 | https://www.financescam.com/2024/11/05/anthony-pellegrinos-goldstone-financial/ |
| Investigating Investment Fraud: The Anthony Pellegrino and Goldstone Financial story October 30, 2024 | https://www.financescam.com/2024/10/30/investigating-investment-fraud-the-anthony-pellegrino-and-goldstone-financial-story/ |
| Investigating Investment Fraud: Unmasking Anthony Pellegrino and Goldstone Financial October 29, 2024 | https://www.financescam.com/2024/10/29/investigating-investment-fraud-unmasking-anthony-pellegrino-and-goldstone-financial/ |

The following links are affiliated with the domain name www.intelligenceline.com, which, on information and belief, is part of the FinanceScam Network.

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino | https://www.intelligenceline.com/profile/anthony-pellegrino/ |
| Anthony Pellegrino Exposed: Fraud Allegations, Fines, and AML Risks Uncovered April 30, 2025 | https://www.intelligenceline.com/r/Reports/88575/anthony-pellegrino-exposed-fraud-allegations-fines-and-aml-risks-uncovered/ |
| Anthony Pellegrino's Practices Betray Clients for Personal Gain April 30, 2025 | https://www.intelligenceline.com/r/Reports/88566/anthony-pellegrinos-practices-betray-clients-for-personal-gain/ |
| Anthony Pellegrino Exposed: Fraud Allegations, Fines, and Financial Risks Unveiled April 30, 2025 | https://www.intelligenceline.com/r/Reports/88544/anthony-pellegrino-exposed-fraud-allegations-fines-and-financial-risks-unveiled/ |
| Anthony Pellegrino Uncovered: Fraud Scandals, AML Risks, and Goldstone's Troubled Fintech Empire April 30, 2025 | https://www.intelligenceline.com/r/Reports/88556/anthony-pellegrino-uncovered-fraud-scandals-aml-risks-and-goldstones-troubled-fintech-empire/ |
| Anthony Pellegrino's Retirement Advice Empire Under Fire for Misleading Practices April 30, 2025 | https://www.intelligenceline.com/r/Reports/88529/anthony-pellegrinos-retirement-advice-empire-under-fire-for-misleading-practices/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Tarnished Legacy: Fraud, Lawsuits, and Regulatory Sanctions<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88428/anthony-pellegrinos-tarnished-legacy-fraud-lawsuits-and-regulatory-sanctions/ |
| Anthony Pellegrino Exposed: Fraud Charges, and a Shattered Fintech Legacy<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88506/anthony-pellegrino-exposed-fraud-charges-and-a-shattered-fintech-legacy/ |
| Anthony Pellegrino Exposed: Fraud Scandals, AML Pitfalls, and the Crumbling Trust in Goldstone<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88638/anthony-pellegrino-exposed-fraud-scandals-aml-pitfalls-and-the-crumbling-trust-in-goldstone/ |
| Anthony Pellegrino Unmasked: Fraud Claims, Fines, and Financial Risks Revealed<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88368/anthony-pellegrino-unmasked-fraud-claims-fines-and-financial-risks-revealed/ |
| Anthony Pellegrino's Retirement Empire Built on Broken Promises<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88359/anthony-pellegrinos-retirement-empire-built-on-broken-promises/ |

| IntelligenceLine | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino Unveiled: Fraud Fines, Shady Deals, and Fintech's Dark Side<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88367/anthony-pellegrino-unveiled-fraud-fines-shady-deals-and-fintechs-dark-side/ |
| Anthony Pellegrino Unraveled: Fraud Scandals, SEC Fines, and a Crumbling Fintech Legacy<br>April 30, 2025 | https://www.intelligenceline.com/r/Reports/88366/anthony-pellegrino-unraveled-fraud-scandals-sec-fines-and-a-crumbling-fintech-legacy/ |
| Anthony Pellegrino Exposed: Uncovering Business Ties, Scandals, and Reputational Risks<br>April 7, 2025 | https://www.intelligenceline.com/r/Reports/84380/anthony-pellegrino-exposed-uncovering-business-ties-scandals-and-reputational-risks/ |
| Anthony Pellegrino: Uncovering Business Ties, Legal Issues, and Reputational Risks<br>April 7, 2025 | https://www.intelligenceline.com/r/Reports/72572/anthony-pellegrino-uncovering-business-ties-legal-issues-and-reputational-risks/ |
| Anthony Pellegrino: A Track Record of Fraud and Unethical Practices<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/84385/anthony-pellegrino-a-track-record-of-fraud-and-unethical-practices/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino: A Financial Advisor Legacy of Fraud and Deception<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/84384/anthony-pellegrino-a-financial-advisor-legacy-of-fraud-and-deception/ |
| Anthony Pellegrino: A Legacy of Deception and Betrayal<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/84383/anthony-pellegrino-a-legacy-of-deception-and-betrayal/ |
| Anthony Pellegrino: Hidden Risks Behind the Financial Facade<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/84382/anthony-pellegrino-hidden-risks-behind-the-financial-facade/ |
| Anthony Pellegrino: A Trusted Face Hiding Financial Scandals<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/76228/anthony-pellegrino-a-trusted-face-hiding-financial-scandals/ |
| Anthony Pellegrino: The Face of Financial Deceit<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/76221/anthony-pellegrino-the-face-of-financial-deceit/ |
| Anthony Pellegrino Exposed: Scams and AML Risks Unveiled<br>April 1, 2025 | https://www.intelligenceline.com/r/Reports/76207/anthony-pellegrino-exposed-scams-and-aml-risks-unveiled/ |
| Anthony Pellegrino: The Fraudulent Mastermind Behind Goldstone's Collapse<br>March 26, 2025 | https://www.intelligenceline.com/r/Reports/84381/anthony-pellegrino-the-fraudulent-mastermind-behind-goldstones-collapse/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino: The Disgraced Financial Advisor Behind Goldstone Financial Group's Fraudulent Scheme March 26, 2025 | https://www.intelligenceline.com/r/Reports/75772/anthony-pellegrino-the-disgraced-financial-advisor-behind-goldstone-financial-groups-fraudulent-scheme/ |
| Unmasking Anthony Pellegrino: Investment Fraud Exposed January 14, 2025 | https://www.intelligenceline.com/r/Reports/24979/unmasking-anthony-pellegrino-investment-fraud-exposed/ |
| Anthony Pellegrino's Goldstone Financial Group: The Truth Behind the Investment Fraud December 23, 2024 | https://www.intelligenceline.com/r/Reports/84371/anthony-pellegrinos-goldstone-financial-group-the-truth-behind-the-investment-fraud/ |
| Anthony Pellegrino's Goldstone Financial Group: A Dual Narrative of Financial Advisory Success and Regulatory Challenges December 20, 2024 | https://www.intelligenceline.com/r/Reports/51539/anthony-pellegrinos-goldstone-financial-group-a-dual-narrative-of-financial-advisory-success-and-regulatory-challenges/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino and Goldstone Financial Group: Navigating Professional Achievements Amid Regulatory Scrutiny December 17, 2024 | https://www.intelligenceline.com/r/Reports/84379/anthony-pellegrino-and-goldstone-financial-group-navigating-professional-achievements-amid-regulatory-scrutiny/ |
| Anthony Pellegrino's Goldstone Financial Group: The Investment Fraud Unveiled December 12, 2024 | https://www.intelligenceline.com/r/Reports/84374/anthony-pellegrinos-goldstone-financial-group-the-investment-fraud-unveiled-2/ |
| Anthony Pellegrino's Goldstone Financial Group: The Investment Fraud Unveiled December 11, 2024 | https://www.intelligenceline.com/r/Reports/8368/anthony-pellegrinos-goldstone-financial-group-the-investment-fraud-unveiled/ |
| Investment Fraud Unmasked: The Anthony Pellegrino and Goldstone Financial Story December 11, 2024 | https://www.intelligenceline.com/r/Reports/40296/investment-fraud-unmasked-the-anthony-pellegrino-and-goldstone-financial-story/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Group: The Truth Behind the Investment Fraud December 11, 2024 | https://www.intelligenceline.com/r/Reports/8297/anthony-pellegrinos-goldstone-financial-group/ |
| Anthony Pellegrino's Goldstone Financial Group: Inside the Investment Fraud Saga December 7, 2024 | https://www.intelligenceline.com/r/Reports/42316/anthony-pellegrinos/ |
| Anthony Pellegrino and Goldstone Financial: A Case of Investment Fraud November 30, 2024 | https://www.intelligenceline.com/r/Reports/293/anthony-pellegrino-and-goldstone-financial-a-case-of-investment-fraud/ |
| The Fraudulent Path: Anthony Pellegrino and Goldstone Financial Group November 22, 2024 | https://www.intelligenceline.com/r/Reports/49403/the-fraudulent-path-anthony-pellegrino-and-goldstone-financial-group/ |
| Anthony Pellegrino's Goldstone Financial Group: Unveiling the Investment Fraud Scandal November 21, 2024 | https://www.intelligenceline.com/r/Reports/8773/anthony-pellegrinos-goldstone-financial-group-unveiling-the-investment-fraud-scandal/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino's Goldstone Financial Group: The Fraudulent Investment Story November 20, 2024 | https://www.intelligenceline.com/r/Reports/84378/anthony-pellegrinos-goldstone-financial-group-the-fraudulent-investment-story/ |
| Goldstone Financial Group: Investment Fraud Linked to Anthony Pellegrino November 19, 2024 | https://www.intelligenceline.com/r/Reports/15719/goldstone-financial-group-investment-fraud-linked-to-anthony-pellegrino/ |
| Goldstone Financial Group Exposed: Anthony Pellegrino's Fraudulent Activities November 13, 2024 | https://www.intelligenceline.com/r/Reports/15470/goldstone-financial-group-exposed-anthony-pellegrinos-fraudulent-activities/ |
| Anthony Pellegrino's Goldstone Financial Group: The Fraudulent Investment Story November 5, 2024 | https://www.intelligenceline.com/r/Reports/15340/anthony-pellegrinos-goldstone-financial/ |
| Investigating Investment Fraud: The Anthony Pellegrino and Goldstone Financial story October 30, 2024 | https://www.intelligenceline.com/r/Reports/47224/investigating-investment-fraud-the-anthony-pellegrino-and-goldstone-financial-story/ |

| **IntelligenceLine** | |
|---|---|
| **Title** | **Link** |
| Investigating Investment Fraud: Unmasking Anthony Pellegrino and Goldstone Financial October 29, 2024 | https://www.intelligenceline.com/r/Reports/48833/investigating-investment-fraud-unmasking-anthony-pellegrino-and-goldstone-financial/ |

The following links are affiliated with the domain name www.cybercriminal.com, which, on information and belief, is part of the FinanceScam Network.

| **CyberCriminal** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino | https://cybercriminal.com/threats/anthony-pellegrino |
| Anthony Pellegrino | https://cybercriminal.com/investigation/anthony-pellegrino |

The following links are affiliated with the YouTube Channel @AnthonyPellegrinoReview, which, on information and belief is part of the FinanceScam Network.

| **@anthonypellegrinoreview** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino | https://www.youtube.com/@AnthonyPellegrinoReview |
| Brian Korienek - Goldstone Financial Group Review May 6, 2025 | https://www.youtube.com/watch?v=fPafLEWHR9Y |
| Goldstone Financial - Fake DMCA Notices May 6, 2025 | https://www.youtube.com/watch?v=5FPmrjoBN44 |
| Goldstone Financial Group Exposed - Anthony Pellegri May 6, 2025 | https://www.youtube.com/watch?v=C_P_LWbheMw |
| Goldstone Financial Group Fraud by Anthony Pellegrino May 6, 2025 | https://www.youtube.com/watch?v=-cty1UEPOnw |
| Michael Pellegrino at GoldStone Financial May 6, 2025 | https://www.youtube.com/watch?v=tnOGG6ybKcY |
| Anthony Pellegrino - Perjury and Impersonation May 6, 2025 | https://www.youtube.com/watch?v=a747OukhDSA |
| Anthony Pellegrino - Cyber Criminal May 6, 2025 | https://www.youtube.com/watch?v=Q-NsFwvXROs |

| **@anthonypellegrinoreview** | |
|---|---|
| **Title** | **Link** |
| Anthony Pellegrino and Goldstone Financial Group - Truth<br>May 6, 2025 | https://www.youtube.com/watch?v=vmTC0yDBvfM |
| Anthony Pellegrinos Goldstone Financial Group Review<br>May 6, 2025 | https://www.youtube.com/watch?v=soqRc7lDf0M |
| Anthony Pellegrinos - Goldstone Financial Group - Exposed<br>May 6, 2026 | https://www.youtube.com/watch?v=f3zaQDnH7G0 |

The following links are affiliated with the YouTube Channel @GoldstoneFinancialGroupReview, which, on information and belief is part of the FinanceScam Network.

| **@GoldstoneFinancialGroupReview** | |
|---|---|
| **Title** | **Link** |
| Goldstone Financial Group Review | https://www.youtube.com/@AnthonyPellegrinoReview |
| Anthony Pellegrino's Reputation Management Tactics May 6, 2025 | https://www.youtube.com/watch?v=sk3KEbLDe-8&t=3s |
| Allegations against Anthony Pellegrino and Goldstone Financial Group May 6, 2025 | https://www.youtube.com/watch?v=EoWqM9ElkNs |
| Brian Korienek - Online Censorship Scam May 6, 2025 | https://www.youtube.com/watch?v=pft7yc6O0Nk&t=1s |
| Exposing Anthony Pellegrino - Goldstone Financial Group May 6, 2025 | https://www.youtube.com/watch?v=sqCI08irGGc&t=2s |
| Anthony Pellegrino - Did he forge a court order? May 6, 2025 | https://www.youtube.com/watch?v=RDH4fqqxshQ&t=188s |
| Goldstone Financial Group Fraud Exposed May 6, 2025 | https://www.youtube.com/watch?v=UcLzZkUCnyI |
| The Spotlight on Anthony Pellegrino May 6, 2025 | https://www.youtube.com/watch?v=ebCdnuBWOWg |
| May 6, 2025 | https://www.youtube.com/watch?v=kZCHmRgHycA |

The following domains, and each webpage within them, are, on information and belief, part of the FinanceScam Network.

1. www.cybercriminal.com
2. www.anthonypellegrino.net
3. www.anthonypellegrino.org
4. www.anthonypellegrinogoldstonefinancial.com/
5. www.goldstonefinancialgroupreviews.com
6. www.anthonypellegrinotruth.com
7. www.briankorienek.net
8. www.goldstonefinancialgroupreview.com