# EXHIBIT 1

| | |
|---|---|
| **From:** | FinanceScam.com |
| **To:** | Saul, James J. |
| **Cc:** | Cooney, Ryan M.; Silverman, David J. |
| **Subject:** | Re: Investigation into misconduct allegations by a "Reputation Manager" purporting to act on behalf of Goldstone Financial Group |
| **Date:** | Tuesday, July 8, 2025 6:59:21 AM |

**This Message originated outside your organization.**

Hi,

We have noticed that you have filed a lawsuit against us - 1:2025cv07283 filed on June 27, 2025 in the U.S. District Court for the Northern District of Illinois.

It states - "The action, brought by Faegre Drinker Biddle & Reath on behalf of Goldstone Financial Group and its founder, contends that FinanceScam published AI generated defamatory articles and videos targeting the plaintiff under the guise of journalism and then **offered to remove the negative content in exchange for payment**. According to the complaint, the defendant used the plaintiff's trademarks and created confusion by mimicking their branding to boost visibility of the defamatory content. "

This is blatant lie, and I am sure you are aware of it. Your client and it's agents tried several times to bribe us, threaten us and attack us. We did not ask for a single penny anywhere. If you can prove it, I'll gladly accept my fate.

When you first emailed us to cooperate in finding out who sent us the forged court orders, fake DMCAs and threats, we thought we will be able to find the culprits involved and resolve this amicably.

But sine your client has decided to pursue this legally, we are forced to seek legal counsel and represent ourselves, and submit all facts, evidence of crimes, entire history of our correspondence, timeline of events, facts of the data and our side of the story with the court, as well as journalists who we collaborate with.

We have not yet been officially served a notice. Not that it will delay our representation in the court. But feel free to email us a summon via electronic mail.

I will be forwarding our correspondence with the victims of the fake DMCA campaign related to Goldstone, as well as other journalists, starting tomorrow. Please let me know if you want me to untag you from this thread, or keep you so you can be part of the wider discussion and present your side of the story.

I'm cc'ing your clients here for full transparency.

Highly disappointed with your approach. But it's best if the world knows the truth. I was hoping for an amicable solution, but at the end of the day, this is what you decided to do. But if you don't want to resolve this, we'll see your court !

Regards,

Victor

Jun 12, 2025, 04:51 by james.saul@faegredrinker.com:

> Dear Sir or Madam:
>
> Please see the attached correspondence. We look forward to hearing from you by Wednesday, June 18th.
>
> Sincerely,
>
> **J. J. Saul**
> Partner
> Pronouns: he/him/his
>
> james.saul@faegredrinker.com
> Connect: vCard / LinkedIn
>
> +1 312 356 5053 direct / +1 312 330 0207 mobile / +1 312 569 3000 fax
>
> 
>
> **Faegre Drinker Biddle & Reath LLP**
> 320 South Canal Street, Suite 3300
> Chicago, Illinois 60606, USA