## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Goldstone Financial Group, LLC, et al.

                                      Plaintiff,

v.                                                                     Case No.: 1:25−cv−07283

                                                                                    Honorable Sunil R. Harjani

FinanceScam.com

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

       MINUTE entry before the Honorable Sunil R. Harjani: Plaintiffs' motion for a temporary restraining order [12] is granted as modified by the Court. The evidence submitted by plaintiffs shows a likelihood of success on the merits, that the harm to plaintiffs is irreparable, and that an injunction is in the public interest. An injunction serves the public interest because of the consumer confusion, and there is no countervailing harm to defendant from an order directing them to stop the infringement of plaintiffs' marks and defaming the plaintiffs. However, the Court limits the temporary restraining order based on the claims brought and to the evidence presented in support of their motion, to which Plaintiffs' have shown a likelihood of success on the merits. See Republic Techs. (NA), LLC v. BBK Tobacco & Foods, LLP, 135 F.4th 572, 587 (7th Cir. 2025); Int'l Profit Assocs., Inc. v. Paisola, 461 F. Supp. 2d 672, 679680 (N.D. Ill. 2006). The temporary restraining order does not extend to conduct or content beyond the evidence provided in support of the motion. The attached order reflects the Court's narrowing of Plaintiffs' proposed TRO order. Furthermore, Plaintiff has currently withdrawn his request to order any third−party internet service provider to remove content, but he may serve this order on those provider(s). See Doc. [18]. Pursuant to Rule 65(c), the Court also orders a bond of $1,000, which at this time, the Court finds proper if any party is found to be wrongfully enjoined, and in the absence of any adversarial proceeding. Enter Temporary Restraining Order at 12:30 p.m. on 7/24/2025. Plaintiff shall file the TRO extension motion (or a preliminary injunction motion) if appropriate no later than 7/31/2025. Telephone status hearing is set for 8/7/2025 at 9:15 a.m. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.