# Exhibit 1

| | |
|---|---|
| **From:** | Saul, James J. |
| **To:** | editor@financescam.com |
| **Cc:** | Moseley, Katlyn M.; Cooney, Ryan M.; Tischer, Theresa M. |
| **Subject:** | NOTICE OF TEMPORARY RESTRAINING ORDER - Case 1:25-cv-07283 Goldstone Financial Group, LLC et al v. FinanceScam.com |
| **Date:** | Friday, July 25, 2025 12:15:46 PM |
| **Attachments:** | 020 - TEMPORARY Restraining Order Signed.pdf |
| | Temporary Restraining Order Files.zip |
| **Importance:** | High |

Please be advised that on July 24, 2025, the U.S. District Court for the Northern District of Illinois, Eastern Division, issued the attached Temporary Restraining Order (TRO) against FinanceScam.com, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with it in the matter of *Goldstone Financial Group, LLC et al v. FinanceScam.com*, Case 1:25-cv-07283.

Sincerely,

**J. J. Saul** | *Partner*
**Faegre Drinker Biddle & Reath LLP** | T: 312.356.5053

---

**From:** Saul, James J.
**Sent:** Tuesday, July 15, 2025 1:09 PM
**To:** 'editor@financescam.com' <editor@financescam.com>
**Cc:** Cooney, Ryan M. <ryan.cooney@faegredrinker.com>; Tischer, Theresa M. <theresa.tischer@faegredrinker.com>
**Subject:** Important information—You are being sued
**Importance:** High

You have been sued. Read all the documents attached to this e-mail. To participate in the case, you must follow the instructions listed in the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case.

Attached and served upon you, please find the following:

1. Complaint, Civil Cover Sheet with Exhibits A-D [ECF No. 1];
2. Motion for Alternative Service on Defendants and Declaration of James J. Saul (with Exhibits A-1 to A-3 [ECF No. 2];
3. Order on Motion for Alternative Service [ECF No. 8];
4. Summons [ECF No. 11]; and
5. Motion for Temporary Restraining Order Bridging to a Preliminary Injunction [ECF No. 12]; and
6. Entry Setting in-person Hearing for July 22, 2025 [ECF No. 13].

Sincerely,

**J. J. Saul**

Partner
Pronouns: he/him/his
james.saul@faegredrinker.com
Connect: vCard / LinkedIn

+1 312 356 5053 direct / +1 312 330 0207 mobile / +1 312 569 3000 fax

---

**Faegre Drinker Biddle & Reath LLP**
320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA