**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GOLDSTONE FINANCIAL GROUP, LLC and ANTHONY PELLEGRINO,

Plaintiffs,

v.

FINANCESCAM.COM

Defendant.

Case No. 1:25-cv-07283-SRH

**JURY TRIAL DEMANDED**

**MOTION FOR ENTRY OF DEFAULT**

Plaintiffs Goldstone Financial Group, LLC and Anthony Pellegrino respectfully move for entry of default against Defendant FinanceScam.com pursuant to Fed. R. Civ. P. 55(a).

Rule 55(a) states "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Plaintiffs, through counsel, properly served the Complaint on Defendant FinanceScam on July 15, 2025. (Saul Decl. ¶ 2.) The certificate of service is available at ECF 14.

Federal Rule of Civil Procedure 12(a)(1)(A) states that a defendant must answer or otherwise respond "within 21 days after being served with the summons and complaint." FinanceScam's response deadline was Tuesday, August 5, 2025. Despite repeatedly acknowledging this lawsuit, it failed to plead or otherwise respond by this deadline. (Ex. A – Aug. 7 email from FinanceScam; Saul Decl. ¶ 4.) FinanceScam is not an infant, in the military,

or an incompetent person.[1] (Saul Decl. ¶ 5.) Accordingly, Plaintiffs are entitled to an entry of default.

Consistent with the Court's individual Case Procedures, Plaintiffs have submitted a proposed order to chambers contemporaneously with this filing.

Dated: August 13, 2025

/s/ *James J. Saul*

James J. Saul
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street
Suite 3300
Chicago, IL 60606
312 356 5053
james.saul@faegredrinker.com

Katlyn Moseley
1500 K Street NW
Suite 1100
Washington, DC 20005
202 230 5644
katlyn.moseley@faegredrinker.com

Ryan Cooney
1470 Walnut Street
Suite 300
Boulder, CO 80302
303 447 7735
ryan.cooney@faegredrinker.com

*Attorneys for Plaintiffs Goldstone Financial Group and Anthony Pellegrino*

[1] *See* https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=876 (default judgments).