IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GOLDSTONE FINANCIAL GROUP, LLC, AND ANTHONY PELLEGRINO<br><br>Plaintiffs,<br><br>v.<br><br>FINANCESCAM.COM<br><br>Defendant. | Case No. 1:25-cv-07283<br><br>**JAMES J. SAUL DECLARATION** |

I, James J. Saul, make the following Declaration under 28 U.S.C. § 1746 and declare under penalty of perjury that the following is true and correct:

1. I am a partner at the law firm of Faegre Drinker Biddle & Reath LLP. I am an attorney of record for Plaintiffs Goldstone Financial Group, LLC (Goldstone) and Anthony Pellegrino (Mr. Pellegrino) in this matter and, as such, have personal knowledge of the matters set forth herein.

2. On July 15, 2025, I served the operative Complaint (ECF 1), Motion for Alternative Service (ECF 2), Order on Motion for Alternative Service (ECF 8), Summons (ECF 11), Motion for Temporary Restraining Order (ECF 12), and Notice of in-person Hearing on the TRO (ECF 13), along with their associated papers, on Defendant FinanceScam. The certificate of service reflecting service of the foregoing is docketed at ECF 14.

3. Federal Rule of Civil Procedure 12(a)(1)(A) states that a defendant must answer or otherwise respond "within 21 days after being served with the summons and complaint." FinanceScam's response deadline was Tuesday, August 5, 2025.

4. FinanceScam failed to plead or otherwise defend against Plaintiffs' Complaint seeking affirmative relief by August 5, 2025.

5. FinanceScam is not an infant, in the military, or an incompetent person.

6. Accordingly, Plaintiffs request that the Clerk enter FinanceScam's default pursuant to Fed. R. Civ. P. 55(a).

Date: August 13, 2025                        /s/ *James J. Saul*

                                                                      James J. Saul