# **EXHIBIT A**

**Cooney, Ryan M.**

| | |
|---|---|
| **From:** | FinanceScam.com <editor@financescam.com> |
| **Sent:** | Thursday, August 7, 2025 6:06 AM |
| **To:** | Moseley, Katlyn M. |
| **Cc:** | Saul, James J.; Cooney, Ryan M.; Tischer, Theresa M. |
| **Subject:** | RE: NOTICE OF PRELIMINARY INJUNCTION - Case 1:25-cv-07283 Goldstone Financial Group, LLC et al v. FinanceScam.com |

**This Message originated outside your organization.**

Sure, And what is it that you want us to do to comply with this order? We removed all the content already.

The order however does not stop us from responding to media inquiries from journalists and watchdogs, which we are actively doing. Please correct us if I'm wrong.

What WSJ, CBS and the other journalists/portals decide to publish in regard to this case, is totally up to them.

If you want us to redirect these media inquiries for your rebuttal, please let me know which email address should I share with these media persons.

Thank you for your interest in this matter,

Victor



Aug 7, 2025, 17:26 by katlyn.moseley@faegredrinker.com:

> Please be advised that on August 6, 2025, the U.S. District Court for the Northern District of Illinois, Eastern Division, issued the attached Preliminary Injunction against FinanceScam.com, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with it in the matter of *Goldstone Financial Group, LLC et al v. FinanceScam.com*, Case 1:25-cv-07283.
>
>
> Sincerely,
>
>
>
> **Katlyn M. Moseley**
> Associate

1

Pronouns: she/her/hers
katlyn.moseley@faegredrinker.com
Connect: vCard

+1 202 230 5346 direct

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

**From:** Moseley, Katlyn M.
**Sent:** Friday, August 1, 2025 12:34 PM
**To:** Saul, James J. <james.saul@faegredrinker.com>; editor@financescam.com
**Cc:** Cooney, Ryan M. <ryan.cooney@faegredrinker.com>; Tischer, Theresa M. <theresa.tischer@faegredrinker.com>
**Subject:** RE: NOTICE OF PRELIMINARY INJUNCTION HEARING FOR AUGUST 6, 2025 - Case 1:25-cv-07283 Goldstone Financial Group, LLC et al v. FinanceScam.com

Good Afternoon:

Attached and served upon you is Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction (and Exhibit A thereto) and Proposed Order.

Please be advised that, per the attached order, the U.S. District Court for the Northern District of Illinois, Eastern Division has scheduled a hearing on Plaintiffs Motion on August 6, 2025 at 9:30 a.m. in Courtroom 1925.

Sincerely,

**Katlyn M. Moseley**
Associate
Pronouns: she/her/hers
katlyn.moseley@faegredrinker.com
Connect: vCard

+1 202 230 5346 direct

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

---

**From:** Saul, James J. <james.saul@faegredrinker.com>
**Sent:** Friday, July 25, 2025 12:16 PM
**To:** editor@financescam.com
**Cc:** Moseley, Katlyn M. <katlyn.moseley@faegredrinker.com>; Cooney, Ryan M. <ryan.cooney@faegredrinker.com>; Tischer, Theresa M. <theresa.tischer@faegredrinker.com>
**Subject:** NOTICE OF TEMPORARY RESTRAINING ORDER - Case 1:25-cv-07283 Goldstone Financial Group, LLC et al v. FinanceScam.com
**Importance:** High

Please be advised that on July 24, 2025, the U.S. District Court for the Northern District of Illinois, Eastern Division, issued the attached Temporary Restraining Order (TRO) against FinanceScam.com, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with it in the matter of *Goldstone Financial Group, LLC et al v. FinanceScam.com*, Case 1:25-cv-07283.

Sincerely,

J. J. Saul | *Partner*

**Faegre Drinker Biddle & Reath LLP** | T: 312.356.5053

---

**From:** Saul, James J.
**Sent:** Tuesday, July 15, 2025 1:09 PM
**To:** 'editor@financescam.com' <editor@financescam.com>
**Cc:** Cooney, Ryan M. <ryan.cooney@faegredrinker.com>; Tischer, Theresa M. <theresa.tischer@faegredrinker.com>
**Subject:** Important information—You are being sued
**Importance:** High

<u>You have been sued. Read all the documents attached to this e-mail. To participate in the case, you must follow the instructions listed in the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case.</u>

Attached and served upon you, please find the following:

1. Complaint, Civil Cover Sheet with Exhibits A-D [ECF No. 1];
2. Motion for Alternative Service on Defendants and Declaration of James J. Saul (with Exhibits A-1 to A-3 [ECF No. 2];
3. Order on Motion for Alternative Service [ECF No. 8];
4. Summons [ECF No. 11]; and
5. Motion for Temporary Restraining Order Bridging to a Preliminary Injunction [ECF No. 12]; and
6. Entry Setting in-person Hearing for July 22, 2025 [ECF No. 13].

Sincerely,

**J. J. Saul**
Partner
Pronouns: he/him/his
james.saul@faegredrinker.com
Connect: vCard / LinkedIn

+1 312 356 5053 direct / +1 312 330 0207 mobile / +1 312 569 3000 fax

**Faegre Drinker Biddle & Reath** LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA