**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Goldstone Financial Group, LLC, et al.
                                              Plaintiff,

v.                                                            Case No.: 1:25−cv−07283
                                                                        Honorable Sunil R. Harjani

FinanceScam.com
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic motion hearing held. Plaintiffs' motion for entry of default [30] is granted. By 8/29/2025, the plaintiff shall submit the proposed order to the Court's proposed order inbox. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.