# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GOLDSTONE FINANCIAL GROUP, LLC, AND ANTHONY PELLEGRINO<br><br>Plaintiffs,<br><br>v.<br><br>FINANCESCAM.COM<br><br>Defendant. | Case No. 1:25-cv-07283-SRH |

### ORDER DIRECTING THE CLERK OF THE COURT TO ENTER DEFAULT

This matter having come before the Court on Plaintiffs' Motion to Enter Default pursuant to Federal Rule of Civil Procedure 55(a), and the Court having considered the Motion, the supporting declaration, and exhibits, and finding that:

1. Plaintiffs properly served Defendant FinanceScam.com with the Complaint and summons;

2. FinanceScam failed to plead or defend the action within the deadline provided by Fed. R. Civ. P. 12(a)(1)(A); and

3. FinanceScam is not an infant, in the military, or an incompetent person.

The Court hereby **ORDERS AND DIRECTS** the Clerk of Court to enter the default.

**IT IS SO ORDERED**.

DATED: 8/28/2025

_____
The Honorable Sunil R. Harjani
United States District Court Judge for the
Northern District of Illinois