# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Goldstone Financial Group, LLC, et al.

Plaintiff,

v.

Case No.: 1:25−cv−07283
Honorable Sunil R. Harjani

FinanceScam.com

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic motion hearing held. Defendant FinanceScam.com failed to appear or notify the Court regarding a scheduling conflict. Defendant FinanceScam.com was served via alternative service methods authorized by the Court [8]. Per the Court's order [37], Defendant was cautioned failure to appear for today's hearing may result in default being granted to Plaintiff. Accordingly, the motion for default [39] is granted. Based on the evidence submitted by Plaintiff and the admission of liability by virtue of the default, the Court enters default judgment against FinanceScam.com in the amount of $800,000 in statutory damages and order the transfer of the Domain Names to Plaintiffs. In addition, the preliminary injunction entered on 8/6/2025 [29], is converted into permanent injunction. Plaintiff's counsel shall submit the proposed final default order to the Court's proposed order inbox for entry by the close of business today. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.