# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Goldstone Financial Group, LLC., et al**
Plaintiff(s),

v.

**FinanceScam.com**
Defendant(s).

Case No. 1:25-cv-7283
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Defendant did not appear for the default judgment hearing [37][40] or respond to Plaintiff's motion [39]. Accordingly, the motion for default judgment [39] is granted. Judgment is entered in favor of Plaintiff and against Defendant FinanceScam.com in the amount of $800,000 in statutory damages and order the transfer of the Domain Names to Plaintiffs. In addition, the preliminary injunction entered on 8/6/2025 29 , is converted into permanent injunction.

This action was *(check one)*:

X decided by Judge Harjani on Plaintiffs' motion for default judgment [39].

Date: 10/17/2025

Thomas G. Bruton, Clerk of Court

Lynette Santiago, Deputy Clerk